Angela C. Agrusa (SBN 131337)
    aagrusa@linerlaw.com
David B. Farkas (SBN 257137)
    dfarkas@linerlaw.com
LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518
Telephone:  (310) 500-3500
Facsimile:   (310) 500-3501

Attorneys for Defendants HILTON WORLDWIDE HOLDINGS, INC. and HILTON GRAND VACATIONS COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ELDER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>HILTON WORLDWIDE HOLDINGS, INC. and HILTON GRAND VACATIONS COMPANY, INC.,<br><br>    Defendant. | Case No. 3:16-cv-00278<br><br>**THIRD JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Action Filed:   January 15, 2016<br>Original Response<br>Date:               March 18, 2016<br>Second Response<br>Date:               May 17, 2016<br>**New Response**<br>**Date:**            **June 16, 2016** |

1  Plaintiff TIMOTHY ELDER ("Plaintiff"), and Defendants HILTON
2  WORLDWIDE HOLDINGS, INC. and HILTON GRAND VACATIONS
3  COMPANY, INC. (collectively, "Hilton"), by and through their undersigned
4  attorneys (collectively, the "Parties") hereby stipulate as follows:

5  **WHEREAS**, the Complaint in this action was filed in this Court on January
6  15, 2016;

7  **WHEREAS**, Defendant Hilton Grand Vacations Company, LLC was served
8  with the Complaint on or about January 27, 2016;

9  **WHEREAS**, Defendant Hilton Worldwide Holdings, Inc. was served with
10  the Complaint on or about February 10, 2016;

11  **WHEREAS**, the Parties agreed by stipulation to extend Hilton's deadline to
12  respond to Plaintiff's Complaint by thirty (30) days to March 18, 2016;

13  **WHEREAS**, the Parties are meeting and conferring and have agreed to
14  informally exchange information in the hopes of resolving this matter;

15  **WHEREAS**, Plaintiff agreed to extend the deadline for Defendants to file the
16  response to Plaintiff's Complaint by sixty (60) days from March 18, 2016 to May
17  17, 2016;

18  **WHEREAS**, the parties have made progress and continue to meet and confer
19  and informally exchange information in the hopes of resolving this matter and
20  toward that effort Plaintiff agreed to extend the deadline for Defendants to file the
21  response to Plaintiff's Complaint by thirty (30) days from May 17, 2016 to June 16,
22  2016;

23  **WHEREAS**, the parties anticipate that this will be the final stipulation
24  seeking to extend the deadline for Defendants to file the response to Plaintiff's
25  Complaint if the parties are unable to resolve this matter;

26  **STIPULATION AND SIGNATURES APPEAR**
27  **ON THE FOLLOWING PAGES**

28

**THEREFORE, IT IS HEREBY STIPULATED** between the Parties, by and through their respective attorneys of record and/or representative(s) that Hilton's deadline to respond to the Complaint shall be June 16, 2016.

Dated: May 13, 2016    BURSOR & FISHER, P.A.


By:    */s/ L. Timothy Fisher*
       L. Timothy Fisher
       Attorneys for Attorneys for Plaintiff

Dated: May 13, 2016    LINER LLP



By:    */s/ Angela C. Agrusa*
       Angela C. Agrusa
       Attorneys for Defendants HILTON
       WORLDWIDE HOLDINGS, INC. and
       HILTON GRAND VACATIONS
       COMPANY, INC.

IT IS SO ORDERED
Judge Thelton E. Henderson

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to L. Timothy Fisher and Jana Eisinger, counsel for Plaintiff, and I have obtained authorization to affix an electronic signature to this document.

Dated: May 13, 2016    LINER LLP


By:    */s/ Angela C. Agrusa*
       Angela C. Agrusa
       Attorneys for Defendants HILTON
       GRAND VACATIONS COMPANY, LLC

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 1100 Glendon Avenue, 14th Floor, Los Angeles, CA 90024.3518.

On May 13, 2016, I served true copies of the following document(s) described as **THIRD JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO INITIAL COMPLAINT** on the interested parties in this action as follows:

| | |
|---|---|
| L. Timothy Fisher, Esq.<br>Bursor & Fisher, P.A.<br>1990 North California Blvd., Suite 940<br>Walnut Creek, California 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>Email: ltfisher@bursor.com<br>Email: iluster@bursor.com | Jana Eisinger, Esq. (pro hac vice)<br>Martinez Law Group<br>720 South Colorado Boulevard<br>South Tower, Suite 1020<br>Denver, Colorado 80246<br>Telephone: (303) 597-4000<br>Facsimile: (303) 597-4001<br>Email: eisinger@mlgrouppc.com |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 13, 2016, at Los Angeles, California.

_Elsa Critser_
Elsa Critser