# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ELDER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>HILTON WORLDWIDE HOLDINGS, INC. and HILTON GRAND VACATIONS COMPANY, INC.,<br><br>    Defendant. | Case No. 3:16-cv-00278-TEH<br><br>The Hon. Thelton E. Henderson<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION RE REQUEST FOR DEFENDANTS' TELEPHONIC APPEARANCE IN LIEU OF PERSONAL APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Thelton E. Henderson<br>Date:   May 23, 2016<br>Time:   1:30 p.m.<br>Ctrm.:  12, 19th Floor<br><br>Action Filed:  January 15, 2016 |

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE REQUEST FOR DEFENDANTS' TELEPHONIC APPEARANCE IN LIEU OF PERSONAL APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE

LINER LLP
1100 Glendon Avenue | 14th Floor
Los Angeles, CA 90024.3518

1    Based upon the Stipulation of the Parties, and good cause appearing therefore,

2   it is hereby ORDERED that the Defendants Hilton Worldwide Holdings, Inc. and

3   Hilton Grand Vacations Company, Inc. ("Hilton") through their counsel Liner LLP

4   ("Liner"), are permitted to appear telephonically at the Initial Case Management

5   Conference scheduled on May 23, 2016 at 1:30 p.m.

6    **Pursuant to Stipulation, IT IS SO ORDERED.**

7

8   DATED:  May _18_, 2016

9

10   _____

11   Hon. Thelton E. Henderson

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE REQUEST FOR DEFENDANTS' TELEPHONIC
APPEARANCE IN LIEU OF PERSONAL APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE

LINER LLP
1100 Glendon Avenue | 14th Floor
Los Angeles, CA 90024.3518