Angela C. Agrusa (SBN 131337)
   angela,agrusa@dlapiper.com
David B. Farkas (SBN 257137)
   david.farkas@dlapiper.com
DLA PIPER LLP (US)
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518
Telephone: (310) 500-3500
Facsimile: (310) 500-3501

Attorneys for Defendants HILTON WORLDWIDE HOLDINGS, INC. and HILTON GRAND VACATIONS COMPANY, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ELDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HILTON WORLDWIDE HOLDINGS, INC. and HILTON GRAND VACATIONS COMPANY, INC.,<br><br>Defendant. | Case No. 3:16-cv-00278<br><br>**JOINT STIPULATION REGARDING REQUEST FOR EXTENSION OF TIME TO RESPOND TO ORDER REGARDING PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>Hon. Jon S. Tigar<br><br>Action Filed: January 15, 2016 |

| | |
|---|---|
| **1** | Plaintiff TIMOTHY ELDER ("Plaintiff"), and Defendants HILTON |
| **2** | WORLDWIDE HOLDINGS, INC. and HILTON GRAND VACATIONS |
| **3** | COMPANY, INC. (collectively, "Hilton"), by and through their undersigned |
| **4** | attorneys (collectively, the "Parties") hereby stipulate as follows: |
| **5** | **WHEREAS**, Plaintiff filed this action on January 15, 2016; |
| **6** | **WHEREAS,** the Parties executed a Settlement Agreement resolving the |
| **7** | claims in this action; |
| **8** | **WHEREAS**, on June 16, 2017, Plaintiff filed a motion for preliminary |
| **9** | approval of the settlement (Dkt. No. 75); |
| **10** | **WHEREAS**, on October 10, 2017, the Court issued an Order directing |
| **11** | Plaintiff to submit additional briefing regarding the settlement by October 31, 2017 |
| **12** | (Dkt. No. 83); |
| **13** | **WHEREAS**, the Parties have conferred regarding the Court's Order and the |
| **14** | issues raised thereby and believe that an additional two weeks is necessary to |
| **15** | respond to the Court's inquiries; |
| **16** | **STIPULATION AND SIGNATURES** |
| **17** | **APPEAR ON THE FOLLOWING PAGES** |
| **18** | / / / |
| **19** | / / / |
| **20** | / / / |
| **21** | / / / |
| **22** | / / / |
| **23** | / / / |
| **24** | / / / |
| **25** | / / / |
| **26** | / / / |
| **27** | / / / |
| **28** | / / / |

| | |
|---|---|
| 1 | THEREFORE, IT IS HEREBY STIPULATED between the Parties, by and through their respective attorneys of record and/or representative(s), and subject to the approval of the Court, the Plaintiff shall have until November 14, 2017 to submit additional briefing to the Court pursuant to the Court's October 10, 2017 Order. |

THEREFORE, IT IS HEREBY STIPULATED between the Parties, by and through their respective attorneys of record and/or representative(s), and subject to the approval of the Court, the Plaintiff shall have until November 14, 2017 to submit additional briefing to the Court pursuant to the Court's October 10, 2017 Order.

Dated: October 24, 2017        BURSOR & FISHER, P.A.

By: _____*/s/ L. Timothy Fisher*_____
     L. Timothy Fisher
     Attorneys for Attorneys for Plaintiff

Dated: October 24, 2017        DLA PIPER LLP (US)

By: _____*/s/ Angela C. Agrusa*_____
     Angela C. Agrusa
     Attorneys for Defendants HILTON
     WORLDWIDE HOLDINGS, INC. and
     HILTON GRAND VACATIONS
     COMPANY, INC.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to L. Timothy Fisher and Jana Eisinger, counsel for Plaintiff, and I have obtained authorization to affix an electronic signature to this document.

Dated: October 24, 2017            DLAPIPER LLP (US)

By:  */s/ Angela C. Agrusa*
Angela C. Agrusa
Attorneys for Defendants HILTON GRAND VACATIONS COMPANY, LLC

| | |
|---|---|
| 1 | Pursuant to the Joint Stipulation regarding an extension to respond to the |
| 2 | Court's October 10, 2017 Order (Dkt 83), **IT IS SO ORDERED.** |
| 3 | |
| 4 | DATED  October 25, 2017     , 2017 |

_____
HON. JON S. TIGAR
United States District Judge