DLA PIPER LLP (US)
ANGELA C. AGRUSA, Bar No. 131337
angela.agrusa@dlapiper.com
DAVID B. FARKAS, Bar No. 257137
david.farkas@dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone: 310.595.3000
Facsimile: 310.595.3300

Attorneys for Defendants
HILTON WORLDWIDE HOLDINGS, INC. and
HILTON GRAND VACATIONS COMPANY, INC.

**United States District Court**

**Northern District of California**

| | |
|---|---|
| TIMOTHY ELDER, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HILTON WORLDWIDE HOLDINGS, INC., HILTON GRAND VACATIONS COMPANY, INC., PREMIER GETAWAY, INC. and BLACKHAWK ENGAGEMENT SOLUTIONS, INC.<br><br>Defendant. | **CASE NO. 3:16-cv-00278 JST**<br><br>The Hon. Jon S. Tigar<br><br>**~~PROPOSED~~ ORDER GRANTING PERMISSION TO ALLOW HILTON WORLDWIDE HOLDINGS, INC. and HILTON GRAND VACATIONS COMPANY, INC. TO APPEAR TELEPHONICALLY** |

The Court, having read and considered the Parties' Joint Stipulation to Allow Hilton Worldwide Holdings, Inc. and Hilton Grand Vacations Company, Inc. to Appear Telephonically at the Court's December 13, 2017, Case Management Conference, and finding good cause therefor, hereby ORDERS that:

1. Angela C. Agrusa and David B. Farkas, counsel for Hilton Worldwide Holdings, Inc. and Hilton Grand Vacations Company, Inc., may appear telephonically at the December 13, 2017 Case Management Conference; and

-1-

2. Counsel for Hilton Worldwide Holdings, Inc. and Hilton Grand Vacations Company, Inc. shall be available at 866-468-2930.

IT IS SO ORDERED

DATE: December 12, 2017



DLA Piper LLP (US)
Los Angeles

WEST\279793315.1