UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: December 13, 2017                                                    Judge: Jon S. Tigar

Time: 22 minutes

Case No.      **3:16-cv-00278-JST**
Case Name     **Timothy Elder v. Hilton Worldwide Holdings, Inc., et al.**

| | |
|---|---|
| Attorneys for Plaintiff: | Lawrence T. Fisher |
| | Jana Eisinger (appearing by telephone) |
| Attorneys for Defendants: | *Hilton Worldwide Holdings, Inc. / Hilton Grand Vacations Company, Inc.* |
| | Angela C. Agrusa (appearing by telephone) |
| | *Premier Getaway, Inc.* |
| | Zana Z. Bugaighis (appearing by telephone) |
| | *Blackhawk Engagement Solutions, Inc.* |
| | Jason F. Hoffman (appearing by telephone) |
| | Matthew D. Pearson (appearing by telephone) |

Deputy Clerk: William Noble                                    Court Reporter: Not reported

## PROCEEDINGS

Further case management conference.

## RESULT OF HEARING

1. The Court ordered Premier Getaway, Inc. to file a written response to the complaint by January 12, 2018.

2. The Court set the following deadlines. A written scheduling order will be issued.
   Class certification expert disclosures by March 30, 2018
   Rebuttal experts: April 13, 2018
   Expert discovery cut-off: April 27, 2018

3. The Court reminded the parties that the Civil Local Rules set out the procedure for making a request for a settlement conference before a Magistrate Judge.