United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ELDER,<br><br>　　　　Plaintiff.<br><br>　v.<br><br>HILTON WORLDWIDE HOLDINGS, INC., et al.,<br><br>　　　　Defendants. | Case No. 16-cv-00278-JST   (JCS)<br><br>**CLERK'S NOTICE SETTING TELEPHONIC SCHEDULING/SETTLEMENT CONFERENCE** |

ALL PARTIES AND COUNSEL OF RECORD:

　　　The above matter was referred to Chief Magistrate Judge Joseph C. Spero for settlement purposes.

　　　You are hereby notified that a telephone scheduling conference has been set for **January 23, 2018, at 9:00 A.M.**  The Court will initiate telephone contact.

Dated: January 8, 2018

_Karen L. Hom_
_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO