**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

**LAW OFFICE OF JANA EISINGER, PLLC**
Jana Eisinger (*pro hac vice*)
4610 South Ulster Street, Suite 150
Denver, CO 80237
Telephone: (303) 209-0266
Facsimile: (303) 353-0786
E-Mail: jeisinger@eisingerlawfirm.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ELDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HILTON WORLDWIDE HOLDINGS, INC. and HILTON GRAND VACATIONS COMPANY, INC., PREMIER GETAWAY, INC., and BLACKHAWK ENGAGEMENT SOLUTIONS, INC.<br><br>Defendants. | Case No. 3:16-cv-00278 JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT PREMIER'S MOTION TO DISMISS**<br><br>Judge Jon S. Tigar |

| | |
|---|---|
| 1 | Plaintiff Timothy Elder ("Plaintiff") and Defendant Premier Getaways, Inc. ("Premier"), |
| 2 | through their respective counsel of record, hereby stipulate and agree as follows: |
| 3 | WHEREAS, Premier filed a motion to dismiss on January 12, 2018. |
| 4 | WHEREAS, Plaintiff's opposition to Premier's motion to dismiss is currently due on |
| 5 | January 26, 2018. |
| 6 | WHEREAS, Plaintiff and Premier have met and conferred and agreed to adjust the briefing |
| 7 | schedule on Premier's motion to dismiss to allow the parties additional time to consider and |
| 8 | discuss the issues raised by Premier's motion to dismiss. |
| 9 | NOW THEREFORE, subject to the Court's approval, the parties agree as follows: |

1. Plaintiff's opposition to Premier's motion to dismiss shall be due on February 2, 2018.
2. Premier's reply in support of its motion to dismiss shall be due on February 16, 2018.
3. The hearing on Premier's motion shall remain on ~~March 1, 2018~~ March 22, 2018 at 2:00 p.m.

IT IS SO STIPULATED.

Dated: January 24, 2018

**BURSOR & FISHER, P.A.**

By: /s/ L. Timothy Fisher
L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-Mail: ltfisher@bursor.com

**LAW OFFICE OF JANA EISINGER, PLLC**
Jana Eisinger (*pro hac vice*)
4610 South Ulster Street, Suite 150
Denver, CO 80237
Telephone: (303) 209-0266
E-Mail: jeisinger@eisingerlawfirm.com

*Attorneys for Plaintiff*

Dated: January 24, 2018

**DAVIS WRIGHT TREMAINE LLP**

By: /s/Zana Bugaighis
Zana Bugaighis

Zana Bugaighis
1201 Third Avenue, Suite 2200

| | |
|---|---|
| 1 | Seattle, WA 98101-3045<br>Telephone: (206) 622-3150 |
| 2 | Email: zanabugaighis@dwt.com |
| 3 | *Attorneys for Defendant Premier Getaways, Inc.* |

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

>　　　　　　　　　　　　　　　　*/s/ L. Timothy Fisher*
>　　　　　　　　　　　　　　　　L. Timothy Fisher

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the foregoing stipulation of the Parties and good cause appearing, it is hereby |
| 3 | ordered as follows: |
| 4 | 1. Plaintiff's opposition to Premier's motion to dismiss shall be due on February 2, 2018. |
| 5 | 2. Premier's reply in support of its motion to dismiss shall be due on February 16, 2018. |
| 6 | 3. The hearing on Premier's motion shall remain on ~~March 1, 2018~~ at 2:00 p.m. |
| 7 | IT IS SO ORDERED. March 22, 2018 |

Dated: January 25, 2018

JON S. TIGAR
United States District Judge