DLA PIPER LLP (US)
ANGELA C. AGRUSA, Bar No. 131337
angela.agrusa@dlapiper.com
DAVID B. FARKAS, Bar No. 257137
david.farkas@dlapiper.com
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone: 310.595.3000
Facsimile: 310.595.3300

Attorneys for Defendants HILTON
WORLDWIDE HOLDINGS, INC. and
HILTON GRAND VACATIONS
COMPANY, INC.

United States District Court

Northern District of California

| | |
|---|---|
| TIMOTHY ELDER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HILTON WORLDWIDE HOLDINGS, INC. and HILTON GRAND VACATIONS COMPANY, INC.,<br><br>Defendant. | Case No. 3:16-cv-00278<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES IN LIGHT OF SETTLEMENT**<br><br>**Action Filed: January 15, 2016** |

-1-

**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES IN LIGHT OF SETTLEMENT**

Plaintiff Timothy Elder ("Plaintiff"), Defendants Hilton Worldwide Holdings Inc. and Hilton Grand Vacations Company, LLC (collectively, "Hilton"), and Blackhawk Engagement Solutions, Inc. ("Blackhawk") (collectively "the parties"), through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed this action on January 15, 2016;

WHEREAS, on March 22, 2017, Plaintiff filed his First Amended Class Action Complaint. Dkt. No. 55;

WHEREAS, on January 3, 2018, the Court referred this matter to the Honorable Joseph C. Spero for a settlement conference. Dkt. No. 100;

WHEREAS, the parties participated in a settlement conference with Judge Spero on February 8, 2018 and a settlement in principle was reached. Dkt. No. 121;

WHEREAS, the parties have executed a settlement term sheet resolving the claims in this action;

WHEREAS, the parties have agreed to prepare a formal settlement agreement whereby they intend to resolve the entire action as to all parties and have agreed to move for preliminary approval of the settlement on or before April 13, 2018;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES IN LIGHT OF SETTLEMENT

4850-2737-5711.1

NOW THEREFORE, the parties, by and through their respective counsel of record and subject to the Court's approval, hereby stipulate as follows:

1. The pending deadlines for all parties shall be extended until 30 days after the motion for preliminary approval of the settlement is decided.
2. Plaintiff and Hilton agree that Plaintiff shall file its unopposed motion for preliminary approval of the settlement on or before April 13, 2018.
3. The proposed preliminary approval Order to be submitted in conjunction with Plaintiff's unopposed motion for preliminary approval shall vacate all deadlines except as specifically related to settlement of this matter.

**SIGNATURES APPEAR ON THE FOLLOWING PAGES**



IT IS SO ORDERED
Judge Jon S. Tigar

Dated: March 15, 2018

DLA PIPER LLP (US)

By /s/ *Angela C. Agrusa*
ANGELA C. AGRUSA
Attorneys for Defendants HILTON WORLDWIDE HOLDINGS, INC. and HILTON GRAND VACATIONS COMPANY, INC.

BURSOR & FISHER, P.A.

By: /s/ *L. Timothy Fisher*
L. Timothy Fisher
L. Timothy Fisher (State Bar No. 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com

LAW OFFICE OF JANA EISINGER, PLLC
Jana Eisinger (*pro hac vice*)
4610 South Ulster Street, Suite 150
Denver, CO 80237
Telephone: (303) 209-0266
Facsimile: (303) 353-0786
E-Mail: jeisinger@eisingerlawfirm.com
*Attorneys for Plaintiff*

BAKER & HOSTETLER LLP

By: /s/ *Matthew D. Pearson*
Matthew D. Pearson
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: (303) 861-0600
Facsimile: (303) 861-7805
E-Mail: mpearson@bakerlaw.com

-4-
**STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES IN LIGHT OF SETTLEMENT**

4850-2737-5711.1

BAKER & HOSTETLER LLP
Jason F. Hoffman (admitted pro hac vice)
1050 Connecticut Avenue, NW, Suite 1100
Washington, DC 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783
Email: jhoffman@bakerlaw.com

*Attorneys for Defendant Blackhawk Engagement Solutions, Inc.*

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to L. Timothy Fisher and Jana Eisinger, counsel for Plaintiff, and Matthew D. Pearson and Jason F. Hoffman, attorneys for Defendant Blackhawk Engagement Solutions, Inc., and I have obtained authorization to affix an electronic signature to this document.

Dated: March 15, 2018

DLA PIPER LLP (US)

By */s/ Angela C. Agrusa*
ANGELA C. AGRUSA
Attorneys for Defendants HILTON WORLDWIDE HOLDINGS, INC. and HILTON GRAND VACATIONS COMPANY, INC.